*E-Filed 4/14/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES J. CARTER, | No. C 11-01242 RS (PR) |
| Petitioner, | **ORDER EXTENDING TIME TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

This is a federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by a *pro se* state prisoner. Petitioner's motion for an extension of time to file his *in forma pauperis* ("IFP") application (Docket No. 4) is GRANTED. Petitioner shall file such application within 60 days from the date of this order. **No further extensions of time to file an IFP application will be granted.** Failure to file a timely and properly completed IFP application, or failure to pay the filing fee of $5.00 within 60 days, will result in the dismissal of the action without further notice to petitioner.

**IT IS SO ORDERED**.

DATED: April 14, 2011

RICHARD SEEBORG
United States District Judge

No. C 11-01242 RS (PR)
JUDGMENT