*E-Filed 11/15/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES JOSEPH CARTER, | No. C 11-1242 RS (PR) |
| Petitioner, | **ORDER EXTENDING TIME** |
| v. | |
| GARY SWARTHOUT, Warden, | |
| Respondent. | |

Respondent's motion to extend time to file a response to the order to show cause (Docket No. 25) is GRANTED. Such response shall be filed on or before January 18, 2013. The Clerk shall terminate Docket No. 25.

**IT IS SO ORDERED**.

DATED: November 14, 2012

RICHARD SEEBORG
United States District Judge